**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NELSON GEOVANNY CERRATO RAUDALES,<br><br>Petitioner,<br><br>v.<br><br>LUIS SOTO, in his official capacity, Warden, Delaney Hall Detention Center;<br><br>JOHN TSOUKARIS, in his official capacity, Field Office Director, Newark Field Office, U.S. Immigration and Customs Enforcement;<br><br>DAVID J. VENTURELLA, in his official capacity, Acting Director, U.S. Immigration and Customs Enforcement;<br><br>MARKWAYNE MULLIN, in his official capacity, Secretary, U.S. Department of Homeland Security; and<br><br>TODD BLANCHE, in his official capacity, Attorney General of the United States,<br><br>Respondents. | **Civil Action No. 2:26-cv-14554**<br><br>**Agency File No. A 087-996-135**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORDER** |

PLEASE TAKE NOTICE that Petitioner Nelson Geovanny Cerrato Raudales, by and through undersigned counsel, hereby voluntarily withdraws and dismisses, without prejudice, his Emergency Verified Petition for Writ of Habeas Corpus filed on November 10, 2026 (ECF No. 1), together with all requests for relief contained therein, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Federal Rules of Civil Procedure apply to this proceeding to the extent they are not inconsistent with the habeas statutes or rules. *See* Fed. R. Civ. P. 81(a)(4); Rules 1(b) and 12, Rules Governing Section 2254 Cases in the United States District Courts.

Respondents have not served an answer or a motion for summary judgment in this action. Respondents' letter filed on November 17, 2026 (ECF No. 4) was submitted in response to the Court's Self-Executing Order (ECF No. 2). Accordingly, this dismissal is effective upon the filing of this Notice, without the need for a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i), (a)(1)(B).

In the alternative, to the extent the Court deems Respondents' letter of November 17, 2026 to constitute an answer, Petitioner respectfully requests that the Court enter an order dismissing the Petition without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Petitioner respectfully requests that the Clerk of the Court mark this matter as closed.

Respectfully submitted.

Dated: November 23, 2026

**So Ordered:**

*<u>/s/ Jamel K. Semper</u>*
**Hon. Jamel K. Semper**
**U.S. District Judge**

**Dated: November 24, 2026**

Michael K. Kiran, Esq.
*Attorney for Petitioner*
Kiran Law Firm, P.C.
5016 Route 130 North
Delran, New Jersey 08075
856-764-7600
kiran@cispractice.com
PA Bar ID# 201287